**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
PHILLIP JEAN-LAURENT,

                Plaintiff,

  -against-                          18 **CIVIL** 9921 (VEC)

                                    **JUDGMENT**

CITY OF NEW YORK, et al.,

                Defendants.
------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 30, 2020, Defendant's Motion to Dismiss is GRANTED and Plaintiff's federal claims are DISMISSED with prejudice. Plaintiff's state law clams are DISMISSED without prejudice. The parties' failure to file written objections precludes appellate review of this decision. See Caidor v. Onondaga County, 517 F.3d 601, 604 (2d Cir. 2008). The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962); accordingly, this case is closed.

**Dated:** New York, New York

      September 30, 2020

                                              **RUBY J. KRAJICK**

                                              **Clerk of Court**
                 **BY:**    *K. Mango*

                                              **Deputy Clerk**